UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE  8:11-cv-1086-MSS-EAJ

ROBERT COHEN, and
ACCESS FOR THE DISABLED, INC.,

    Plaintiff,

vs.

B.T. FT. MYERS, INC.,
WENDY'S INTERNATIONAL, INC.,
DEBORAH R. ROBERTSON,
KATHERINE WILDEY, and
LAURENCE B. OETH,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and state:

1. Plaintiffs have reached a settlement agreement with Defendants as to the resolution of all claims against them.

2. Plaintiffs request thirty (30) days to submit a joint stipulation requesting the dismissal of this matter, based upon settlement terms, and defense counsel's unavailability during coming week.

WHEREFORE, Plaintiffs provide this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

[*Signature and certificate on following page*]

DATED:  August 28, 2012.

          Respectfully submitted,

By:    /s/ Daniel B. Reinfeld
       DANIEL B. REINFELD, ESQ.
       Florida Bar No.:  174815
       DILL & REINFELD, PLLC
       Attorneys for the Plaintiff
       Center Court Building
       2450 Hollywood Boulevard
       Suite 310
       Hollywood, FL 33020
       Telephone: (954) 558-8139
       Facsimile: (954) 628-5054
       E-Mail: dan@reinfeldlaw.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on August 28, 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

          Respectfully submitted,

By:    /s/ Daniel B. Reinfeld
       DANIEL B. REINFELD, ESQ.
       Florida Bar No.:  174815
       DILL & REINFELD, PLLC
       Attorneys for the Plaintiff
       Center Court Building
       2450 Hollywood Boulevard
       Suite 310
       Hollywood, FL 33020
       Telephone: (954) 558-8139
       Facsimile: (954) 628-5054
       E-Mail: dan@reinfeldlaw.com

ROBERT COHEN, et al., v. B.T. FT. MYERS, INC., et al.,
Case 8:11-cv-1086-RAL-EAJ
Service List

CORY J. PERSON
BUTLER PAPPAS, LLP
Suite 500
777 S Harbour Island Blvd
Tampa, FL 33602
813/281-1900, Ext. 327
Fax: 813/281-0900
Email: cperson@butlerpappas.com

F. ROBERT RADEL , II
BUTLER PAPPAS, LLP
Suite 500
777 S Harbour Island Blvd
Tampa, FL 33602-5723
813/281-1900
Fax: 813/281-0900
Email: fradel@butlerpappas.com