UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT COHEN, Individually and ACCESS FOR THE DISABLED, INC.,** a Florida not-for-profit corporation,

    Plaintiffs,

v.                                                  Case No: 8:11-cv-1086-T-35EAJ

**B.T. FT. MYERS, INC., WENDYS INTERNATIONAL, INC., DEBORAH R. ROBERTSON, KATHERINE WILDEY and LAURENCE B. OETH, III ,**

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case is before the Court upon periodic review.  On August 29, 2012, this Court entered an Order administratively closing this case pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of the Order (Dkt. 33).  As of the date of this order, the parties have not filed a stipulation, nor have they requested an extension to do so.  Accordingly, it is hereby

**ORDERED** that this case is **dismissed with prejudice.**  The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this  13th day of November, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party